1 Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
2 Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
3 MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
4 Los Angeles, California 90071-3185
Telephone: (213) 620-0300
5 Facsimile: (213) 625-1930
Attorneys for Defendants
6 THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA and PHH CORPORATION GROUP
7 EMPLOYEE BENEFIT PLAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTILIA SULLIVAN, ) | Case No. 2:12-CV-01173 GEB DAD |
| Plaintiff, ) ) | **ORDER RE STIPULATION TO CONTINUE THE HEARING DATE** |
| vs. ) ) | **ON PLAINTIFF OTILIA SULLIVAN'S MOTION TO ALLOW** |
| THE PRUDENTIAL INSURANCE ) COMPANY OF AMERICA; PHH ) CORPORATION GROUP EMPLOYEE ) BENEFIT PLAN, and DOES 1 through 300, ) inclusive, ) ) | **DISCOVERY BEYOND THE ADMINISTRATIVE RECORD** |
| Defendants. ) | |

   Based on the Stipulation of the Parties, the hearing date on Plaintiff Otilia Sullivan's Motion to Allow Discovery Beyond the Administrative Record in this matter is continued from November 5, 2012, at 9:00 a.m. in Courtroom 10 to December 3, 2012, at 9:00 a.m. in Courtroom 10.

   **Date: 10/16/2012**

   _____
   GARLAND E. BURRELL, JR.
   Senior United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1    Case No. 2:12-CV-01173 GEB DAD
[PROPOSED] ORDER RE STIPULATION TO
CONTINUE THE HEARING DATE ON MOTION TO
ALLOW DISCOVERY BEYOND THE
ADMINISTRATIVE RECORD

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

0.0

2

Case No.  2:12-CV-01173 GEB DAD
STIPULATION TO CONTINUE THE HEARING
DATE ON MOTION TO ALLOW DISCOVERY
BEYOND THE ADMINISTRATIVE RECORDS