Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-01173 GEB DAD<br><br>**ORDER RE STIPULATION TO CONTINUE THE HEARING DATE ON PLAINTIFF OTILIA SULLIVAN'S MOTION TO ALLOW DISCOVERY BEYOND THE ADMINISTRATIVE RECORD** |

Based on the Stipulation of the Parties, the hearing date on Plaintiff Otilia Sullivan's Motion to Allow Discovery Beyond the Administrative Record in this matter is continued from November 5, 2012, at 9:00 a.m. in Courtroom 10 to December 3, 2012, at 9:00 a.m. in Courtroom 10.

**Date: 10/16/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

0.0

1

Case No.  2:12-CV-01173 GEB DAD
[PROPOSED] ORDER RE STIPULATION TO CONTINUE THE HEARING DATE ON MOTION TO ALLOW DISCOVERY BEYOND THE ADMINISTRATIVE RECORD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

0.0

2

Case No.  2:12-CV-01173 GEB DAD
STIPULATION TO CONTINUE THE HEARING
DATE ON MOTION TO ALLOW DISCOVERY
BEYOND THE ADMINISTRATIVE RECORDS