IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTILIA SULLIVAN, | ) | |
| | ) | 2:12-cv-01173-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DEEMING MOTION |
| | ) | WITHDRAWN; SETTING BRIEFING |
| THE PRUDENTIAL INSURANCE COMPANY | ) | SCHEDULE; AND VACATING STATUS |
| OF AMERICA, and PHH CORPORATION | ) | CONFERENCE |
| GROUP EMPLOYEE BENEFIT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending is Defendants' motion for judgment under Federal Rule of Civil Procedure ("Rule") 52 (ECF No. 26.), which is deemed withdrawn because it is premature, since a motion for summary judgment is also pending on the applicable standard of review in this ERISA action which should be decided first. However, the following briefing on cross-motions for judgment under Rule 52 is scheduled: each party shall file a cross-motion for judgment under Rule 52 on or before April 22, 2013 (each party shall also file at the same time proposed prevailing-party findings of fact and conclusions of law); opposition briefs shall be filed on or before May 6, 2013; any optional reply brief shall be filed on or before May 13, 2013; the bench trial on the cross-motions commences at 9:00 a.m. on May 20, 2013.

1     The status conference currently scheduled for May 13, 2013 is
2 vacated.
3 Dated:  February 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge