MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

ERIC RATINOFF (SBN 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com

Attorneys for Plaintiff,
OTILIA SULLIVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>        Defendants. | Case No.:  2:12-cv-01173-TLN-DAD<br><br>*Assigned for All Purposes to the Honorable Judge Troy L. Nunley*<br><br>**REVISED STIPULATION REQUESTING ADDITIONAL TIME TO SUBMIT PROPOSED AMENDED JUDGMENT AND THAT THE DEADLINE FOR ANY FEE MOTION AND BILL OF COSTS ARE DUE AFTER THE PROPOSED AMENDED JUDGMENT IS ENTERED;  ORDER** |

Plaintiff Otilia Sullivan ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") enter this Stipulation based on the following:

\\\

This action involves a claim for long term disability benefits, which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*.

On July 15, 2014, this court issued Findings of Fact and Conclusions of Law and granted Plaintiff's Motion for Judgment under Rule 52. (ECF 59).  As part of this order, the Court ordered the parties to, "meet and confer as soon as practicable for the purpose of providing the Court with an accounting to determine the amounts owed to Plaintiff in a proposed amended judgment to be filed within 14 days of entry of this Order." (ECF 59 at p. 57).  Therefore, the deadline to submit a proposed amended judgment is Tuesday, July 29, 2014.

The parties have been working together and have diligently met and conferred in good faith to determine the proper amount owed to Plaintiff.  However, the parties disagree on the benefit amount owed to Plaintiff under the disability insurance policy.  Plaintiff asserts that her Pre-disability Monthly Earnings are $20,637or $21,225.

Plaintiff further contends that the amount owed to her under a Pre-disability Monthly Earning of $20,637 for the time period April 16, 2011 through April 15, 2013 is $191,700.  Under the Pre-disability Month Earning of $21,225, Plaintiff contends that the amount owed is $200,172.  Plaintiff's calculations include Social Security offsets. Plaintiff also contends that pursuant to California Civil Code section §3289(b) a pre-judgment interest rate of 10% shall be added.  Plaintiff contends that there are a number of documents outside of the Administrative Record that support her contention regarding the amount of her Pre-disability Monthly Earnings and has provided a document to Prudential.

Prudential contends that Plaintiff's Pre-disability Monthly Earnings are $18,256, as reflected in the Administrative Record (PRU001167–68) and the Court's Findings of Fact. (*See* Dkt. 59, Page 13, Para. 29)  Prudential also contends that the amount owed to Plaintiff for the time period under the "regular occupation" definition of disability from April 16, 2011 through April 15, 2013 is $160,357.26 (which includes Social Security

offsets).  Prudential contends that pursuant to the Court's Conclusions of Law and 28 U.S.C. § 1961 a pre-judgment interest rate of .11% will be added.  (See Dkt. 59, Page 56, Para. 42)  Prudential contends that calculation of Plaintiff's pre-disability monthly earnings is limited to the documents in the Administrative Record.

The parties are working together to resolve this issue and Plaintiff will be providing Prudential with additional information to support her position.  The parties have not yet come to an agreement and believe that additional time will allow them to resolve the dispute.  Therefore, until this dispute is resolved, the Parties are unable submit a proposed amended judgment by the court's July 29, 2014 deadline.

Further, the meet and confer have also been complicated by the counsel's travel schedules which were on calendar and pre-dated the Court's order.

Therefore, good cause appearing the parties hereby stipulate and request that the deadline to submit a proposed amended judgment be continued from July 29, 2014 to August 29, 2014.

\\\
\\\
\\\

Further, Plaintiff intends to file a Motion for Fees and Bill of Costs pursuant to Federal Rule of Civil Procedure 54. The Bill of Costs is currently due Friday, August 1, 2014 and the Motion for Fees is currently due Monday, August 4, 2014. Due to the fact that this case is still pending, in light of the dispute presented with respect to the monthly benefit amount and amended judgment, Plaintiff is still incurring attorney's fees and costs. Any submission prior to this deadline would result in an incomplete Motion for Fees and/or Bill of Costs. Therefore, the parties stipulate and request that any Motion for Fees and Bill of Costs shall be filed no later than thirty (30) days after the date the proposed amended judgment is entered.

IT IS SO STIPULATED.

DATED: July 31, 2014                                DONAHUE & HORROW, LLP

   /s/Michael B. Horrow
   MICHAEL B. HORROW
   Attorney for Plaintiff
   Otilia Sullivan

DATED: July 31, 2014                                MESERVE, MUMPER & HUGHES LLP

   /s/Cindy Mekari
   Cindy Mekari
   Attorneys for Defendants
   THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA and
   PHH CORPORATION GROUP
   EMPLOYEE BENEFIT PLAN

**IT IS SO ORDERED.**

DATE: July 31, 2014

_____
Troy L. Nunley
United States District Judge