Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90012-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>          Defendants. | Case No. 2:12-CV-01173 TLN DAD<br><br>**AMENDED JUDGMENT**<br><br>Judge:  Hon. Troy L. Nunley<br><br>Complaint filed:  May 2, 2012 |

On July 15, 2014, this Court issued its Findings of Fact and Conclusions of Law and granted Plaintiff Otilia Sullivan's Motion for Judgment under Rule 52. (Docket No. 59). As part of this Order, the Court ordered the Parties to, "meet and confer as soon as practicable for the purpose of providing the Court with an accounting to determine the amounts owed to Plaintiff in a proposed amended judgment..." (Docket No. 59 at p. 57). Thereafter, the Court continued the deadline to submit a proposed amended judgment to August 29, 2014, so that the Parties could further meet and confer regarding the amount owed to Plaintiff. (Docket No. 64).

After meeting and conferring in good faith, the Parties requested additional time.  Thereafter, the Court extended the time frame for the Parties to conduct a

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No.  2:12-CV-01173 TLN DAD
PROPOSED AMENDED JUDGMENT

deposition of the person most knowledgeable as to calculating the disability payments owed to Plaintiff and to subsequently file a proposed amended judgment by November 7, 2014. (Docket No. 66). The Parties were able to come to an agreement without participating in a deposition. Upon the Court's consideration of the Parties' proposed amended judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Judgment is hereby entered in favor of Plaintiff and against Defendant The Prudential Insurance Company of America, in accordance with the terms of the Court's Findings of Fact and Conclusions of Law (Docket No. 59), in the sum of $193,698.80. This amount is inclusive of any prejudgment interest to which Plaintiff may be entitled on benefits awarded under the Court's Findings of Fact and Conclusions of Law, Docket No. 59 and is due to Plaintiff no later than 30 days of the date this Judgment is entered. The Court orders this action back to Prudential to consider whether Plaintiff is disabled from working in any "gainful occupation" under the applicable Policy.

As Plaintiff is the prevailing party in this litigation, she may apply to the Court for an award of attorney fees and recovery of costs of action. Pursuant to the Stipulation by the Parties, any application for an award of attorney fees and recovery of costs of action is due to be filed no later than 45 days after the Proposed Amended Judgment is entered.

///
///
///
///
///

1 The foregoing proposed amended judgment is respectfully submitted,

2 Dated:  October 16, 2014

Linda M. Lawson
Cindy Mekari
MESERVE, MUMPER & HUGHES LLP

By: */s/ Cindy Mekari*
Cindy Mekari
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN

Dated:  October 16, 2014

Michael B. Horrow
Nichole D. Podgurski
DONAHUE & HORROW LLP

By: */s/ Michael B. Horrow*
Michael B. Horrow
Attorneys for Plaintiff
OTILIA SULLIVAN

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: "Qevqdgt"44."4236

Troy L. Nunley
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

3

Case No.  2:12-CV-01173 TLN DAD
AMENDED JUDGMENT