MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

ERIC RATINOFF (SBN 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com

Attorneys for Plaintiff,
OTILIA SULLIVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:12-cv-01173-TLN-DAD<br><br>*Assigned for All Purposes to the Honorable Judge Troy L. Nunley*<br><br>**STIPULATION AND ORDER RE ADDITIONAL TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS TO ALLOW TIME FOR THE PARTIES TO CONTINUE TO MEET AND CONFER** |

　　　　Plaintiff Otilia Sullivan ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") enter this Stipulation based on the following:

\\\

Case No.:2:12-cv-01173-TLN-DAD　　　– 1 –

STIPULATION AND ORDER BY THE PARTIES REGARDING 45 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

**WHEREAS,** on October 22, 2014 the Court entered the Parties' Proposed Judgment in favor of Plaintiff. (See Doc. No. 68).  Plaintiff, as the prevailing party in this litigation, may apply to the Court for an award of attorneys' fees and recovery of costs of action.  Pursuant to the Court's October 22, 2014 order, any application for an award of attorneys' fees and recovery of costs of action is due to be filed no later than December 6, 2014. (See Doc. No. 68).

**WHEREAS,** Plaintiff has submitted detailed information to Prudential for its review in support of its motion for an award of attorneys' fees and costs.  Prudential is in the process of reviewing this information and the Parties have been meeting and conferring regarding the issue.

**WHEREAS,** the Parties have been working together and have diligently met and conferred in good faith in an effort to reach a resolution on attorneys' fees and costs without court intervention.  The Parties represent that due to unavailability of counsel and their clients, they will not be in a position to complete their meet and confer efforts prior to the December 6, 2014 deadline to file a motion.

Therefore, the Parties, by and through their counsel of record, stipulate and agree that Plaintiff shall have an additional forty-five (45) days to file any motion for an award of attorneys' fees and recovery of costs in this action.  Plaintiff's motion for attorneys' fees and costs shall be filed no later than January 20, 2015.

The foregoing proposed stipulation is respectfully submitted.

IT IS SO STIPULATED.

DATED: November 25, 2014                    DONAHUE & HORROW, LLP

                                            */s/Nichole Podgurski*
                                            Nichole Podgurski
                                            Attorney for Plaintiff
                                            Otilia Sullivan

DATED: November 25, 2014                    MESERVE, MUMPER & HUGHES LLP

                                            */s/Cindy Mekari*

Cindy Mekari
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN

**IT IS SO ORDERED.**

Dated:  November 25, 2014

_____
Troy L. Nunley
United States District Judge

Case No.:2:12-cv-01173-TLN-DAD          – 3 –