MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

ERIC RATINOFF (SBN 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com

Attorneys for Plaintiff,
OTILIA SULLIVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-01173-TLN-DAD<br><br>*Assigned for All Purposes to the Honorable Judge Troy L. Nunley*<br><br>**STIPULATION AND ORDER RE ADDITIONAL TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS TO ALLOW TIME FOR THE PARTIES TO CONTINUE TO MEET AND CONFER** |

　　　　Plaintiff Otilia Sullivan ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") enter this Stipulation based on the following:

Case No.:2:12-cv-01173-GEB-DAD　　　– 1 –

STIPULATION BY THE PARTIES REGARDING 20 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS; ORDER

**WHEREAS,** on October 22, 2014 the Court entered the Parties' Proposed Judgment in favor of Plaintiff. (See Doc. No. 68). Plaintiff, as the prevailing party in this litigation, may apply to the Court for an award of attorneys' fees and recovery of costs of action. Pursuant to the Court's October 22, 2014 order, any application for an award of attorneys' fees and recovery of costs of action is due to be filed no later than December 6, 2014. (See Doc. No. 68). Pursuant to this Court's order, this date was continued to January 20, 2015. (See Doc. No. 70).

**WHEREAS,** Plaintiff has submitted detailed information to Prudential for its review in support of its motion for an award of attorneys' fees and costs. Prudential is and has been in the process of reviewing this information and the Parties have been meeting and conferring regarding the issue.

**WHEREAS,** the Parties have been working together and have diligently met and conferred in good faith in an effort to reach a resolution on attorneys' fees and costs without court intervention. The Parties represent that due to unavailability of counsel and their clients, especially due to unavailability that was exacerbated during the holiday season, there was further delay with the meet and confer process. Plaintiff has provided detailed information regarding their attorneys' fees and costs to Prudential which Prudential has reviewed in detail however the Parties are continuing to meet and confer and assert that they will not be in a position to complete their meet and confer efforts and come to a resolution or prepare a motion, if necessary, prior to the January 20, 2015 deadline to file a motion.

\\\
\\\
\\\

Case No.:2:12-cv-01173-GEB-DAD         – 2 –

STIPULATION BY THE PARTIES REGARDING 20 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS; ORDER

Therefore, the Parties, by and through their counsel of record, stipulate and agree that Plaintiff shall have an additional twenty (20) days to file any motion for an award of attorneys' fees and recovery of costs in this action.  Plaintiff's motion for attorneys' fees and costs shall be filed no later than February 9, 2015.  The Parties do not anticipate needing any additional time beyond this time period.

The foregoing proposed stipulation is respectfully submitted.

IT IS SO STIPULATED.

DATED: January 14, 2015                DONAHUE & HORROW, LLP

                                       /s/Nichole Podgurski_____
                                       Nichole Podgurski
                                       Attorney for Plaintiff
                                       Otilia Sullivan

DATED: January 14, 2015                MESERVE, MUMPER & HUGHES LLP

                                       /s/Cindy Mekari_____
                                       Cindy Mekari
                                       Attorneys for Defendants
                                       THE PRUDENTIAL INSURANCE
                                       COMPANY OF AMERICA and
                                       PHH CORPORATION GROUP
                                       EMPLOYEE BENEFIT PLAN

**IT IS SO ORDERED.**

Dated:  January 14, 2015

                                       _____
                                       Troy L. Nunley
                                       United States District Judge