MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

ERIC RATINOFF (SBN 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com

Attorneys for Plaintiff,
OTILIA SULLIVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PHH CORPORATION GROUP EMPLOYEE BENEFIT PLAN, and DOES 1 through 300, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-01173-TLN-DAD<br><br>*Assigned for All Purposes to the Honorable Judge Troy L. Nunley*<br><br>**STIPULATION AND ORDER RE ADDITIONAL TIME FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEYS FEES AND RECOVERY OF COSTS** |

Plaintiff Otilia Sullivan ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") enter this Stipulation based on the following:

Case No.:2:12-cv-01173-GEB-DAD　　　– 1 –

STIPULATION AND ORDER BY THE PARTIES REGARDING 10 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

**WHEREAS,** on October 22, 2014 the Court entered the Parties' Proposed Judgment in favor of Plaintiff. (See Doc. No. 68).  Plaintiff, as the prevailing party in this litigation, may apply to the Court for an award of attorneys' fees and recovery of costs of action.  Pursuant to the Court's October 22, 2014 order, any application for an award of attorneys' fees and recovery of costs of action is due to be filed no later than December 6, 2014. (See Doc. No. 68).  Pursuant to this Court's order, this date was continued to January 20, 2015 and then extended to February 9, 2015.  (See Doc. No. 70).

**WHEREAS,** on February 4, 2015 the Parties have reached a resolution regarding the award of attorney's fees and costs.  The Parties are preparing the necessary paperwork and assert that it will take approximately 10 additional days to prepare the final paperwork and for payment to be distributed.

Therefore, the Parties, by and through their counsel of record, stipulate and agree that while the agreement with respect to attorneys fees and costs is being finalized, Plaintiff shall have an additional ten (10) days to file any motion for an award of attorneys' fees and recovery of costs in this action.  Plaintiff's motion for attorneys' fees and costs shall be filed no later than February 19, 2015.

The foregoing proposed stipulation is respectfully submitted.

IT IS SO STIPULATED.

DATED: February 12, 2015                         DONAHUE & HORROW, LLP

                                                 */s/Nichole Podgurski*_____
                                                 Nichole Podgurski
                                                 Attorney for Plaintiff
                                                 Otilia Sullivan

Case No.:2:12-cv-01173-GEB-DAD        – 2 –

STIPULATION AND ORDER BY THE PARTIES REGARDING 10 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

DONAHUE & HORROW, LLP

DATED: February 12, 2015               MESERVE, MUMPER & HUGHES LLP

*/s/Linda Lawson* _____
Linda Lawson
Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and
PHH CORPORATION GROUP
EMPLOYEE BENEFIT PLAN

**IT IS SO ORDERED.**

Dated:  February 12, 2015

_____
Troy L. Nunley
United States District Judge

Case No.:2:12-cv-01173-GEB-DAD           – 3 –

STIPULATION AND ORDER BY THE PARTIES REGARDING 10 DAY CONTINUANCE
REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS